UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HENRY AND
HEATHER WILLIAMS,

        Plaintiffs,              Case No. 17-cv-11061

v.
                                     Paul D. Borman
                                     United States District Judge

                                     David R. Grand
                                     United States Magistrate Judge

CITY OF FLINT, *et al.*,

        Defendants.
_____/

## ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #115); and (2) GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS DR. AARON WESTRICK (ECF #95)

Now before the Court is the Report and Recommendation of Magistrate Judge David R. Grand (ECF #115) recommending that the Court grant Defendants Coe, Henige and White's Motion in Limine to Exclude Testimony of Plaintiff's Expert Witness Dr. Aaron Westrick (ECF #95).

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, and GRANTS

Defendants' Motion for the reasons cogently and meticulously set forth in Magistrate Judge Grand's Report and Recommendation.

IT IS SO ORDERED.

/s/ Paul D. Borman
Paul D. Borman
United States District Judge

Dated: MAY 21 2019